UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE LEE BURNS JR., | Case No.: 1:12-cv-01564 LJO JLT |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO RESUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| KERN COUNTY SHERIFFS HINKLE, et. al, | (Doc. 2) |
| Defendants. | |

Plaintiff is a pretrial detainee proceeding pro se in an action pursuant to 42 U.S.C. § 1983. On September 24, 2012, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2). In his application, Plaintiff has indicated that he receives disability payments but has failed to indicate the amount he receives and expects to receive in the future as required by the form. (Doc. 2 at 3). Therefore, Plaintiff is **ORDERED** to re-submit a completed application to proceed in forma pauperis within 21 days of service of this order (Doc. 2) or pay the filing fee.

IT IS SO ORDERED.

Dated: **September 26, 2012**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1