UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE LEE BURNS JR., <br><br> Plaintiff, <br><br> v. <br><br> KERN COUNTY SHERIFFS HINKLE, et. al, <br><br> Defendants. | Case No.: 1:12-cv- 01564 LJO JLT (PC) <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2012, the Court dismissed Plaintiff's Complaint, because it failed to state a claim upon which liability could be based. (Doc. 7) The Court's Order required Plaintiff to file an amended complaint within 21 days to address the deficiencies outlined by the Court. (Doc. 7 at 5) The Court's order also warned Plaintiff that if he failed to comply with the order, the matter may be dismissed. (<u>Id</u>.). Plaintiff was served with the Court's order on October 15, 2012. Despite the Court's order and warning, Plaintiff has failed to amend his complaint as ordered.

Accordingly, it is **HEREBY ORDERED** that **within 14 days** from the date of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, **within 14 days**, Plaintiff **SHALL** file his First Amended Complaint.

**Plaintiff is cautioned that if he fails to comply with this order, the Court will recommend his case be dismissed.**

IT IS SO ORDERED.

Dated: **November 16, 2012**              /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE

2